UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RICHARD FOSTER                                                                       PLAINTIFF
ADC #168964

V.                              No. 4:17CV00748-JM-JTR

GARY ANDREWS, Lieutenant,
Faulkner County Jail Unit 1, *et al*.                                              DEFENDANTS

## **ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment (Document #29) is granted, and all claims against them are dismissed with prejudice.

Dated this 4th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE