UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RICHARD FOSTER                                                                  PLAINTIFF
ADC #168964

V.                    No. 4:17CV00748-JM-JTR

GARY ANDREWS, Lieutenant,
Faulkner County Jail Unit 1, *et al*.                            DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered on this day, this case is dismissed. All relief sought is denied, and the case is closed.

Dated this 4th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE